IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION AND U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0407-K |
| RAY M. WHITE AND CRW MANAGEMENT, L.P., | § § § | |
| Defendants, | § § | |
| CHRISTOPHER R. WHITE AND HURRICANE MOTORSPORT, L.L.C., | § § § | |
| Relief Defendants. | § | |

**ORDER OF ADMINISTRATIVE CLOSURE**

The court has previously entered its order 1) establishing and approving the claims distribution method for the funds collected by the receiver, 2) allowing, adjusting, and disallowing claims, and 3) authorizing distribution of the funds to approved claimants. (*See* Docket No. 180). The court also held a final hearing on outstanding clawback motions and other matters on March 6, 2012, and the court anticipates that it will enter orders resolving those motions in the near future.

At the hearing on March 6, the court also granted the receiver's request to refer any outstanding judgments to collections counsel on a contingency basis. The court

1

shall continue to maintain jurisdiction over any matters related to those continued collection efforts.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

**SO ORDERED.**

Signed March 6th, 2012.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

2